IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CLINT I. CALIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-08-15-L |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On December 19, 2008, Magistrate Judge Doyle W. Argo entered his Report and Recommendation in this action brought by plaintiff for judicial review pursuant to 42 U.S.C. § 405(g) of the final decision of the defendant Commissioner of the Social Security Administration ("Commissioner") denying his applications for supplemental security income and disability insurance benefits. The Magistrate Judge recommended that the Commissioner's decision be reversed and the matter be remanded for further administrative proceedings consistent with the December 19, 2008 Report and Recommendation.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed.  Upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the **decision of the Commissioner to deny plaintiff's applications for supplemental security income and disability insurance benefits is REVERSED. The case is REMANDED to the Commissioner for further administrative proceedings consistent with the December 19, 2008 Report and Recommendation of Judge Argo.**

It is so ordered this 15th day of January, 2009.

*Tim Leonard*
TIM LEONARD
United States District Judge